IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN FARRELL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SCHOOL DISTRICT OF SPRINGFIELD | : | NO.  15-CV-6437 |
| TOWNSHIP and JASON GATTUSO | : | |

**ORDER**

AND NOW, this   17th   day of   August  , 2016, IT IS HEREBY ORDERED that the defendants' motion to dismiss (Dkt. # 5) is GRANTED in part and DENIED in part as follows:

1. The motion is GRANTED as to Count I and this count DISMISSED.

2. The motion is DENIED as to Count II.

3. The motion is GRANTED as to Count III and this count is DISMISSED.

4. Defendant Gattuso shall file an answer within 20 days of this order.

BY THE COURT:


 /s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.